UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
**KEVIN BROOKS,**               )
                                       )
      *Plaintiff,*           )
                                       )
v.                                   )       Civil Action No. 1:19-CV-11119-WGY
                                       )
**MARTHA'S VINEYARD**   )
**TRANSIT AUTHORITY,**     )
**TRANSIT CONNECTION, INC.,** )
**and JAMES TAYLOR.**       )
                                       )
      *Defendants.*     )
_____)

## **PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Kevin Brooks hereby appeals to the United States Court of Appeals for the First Circuit from the district's court summary judgment decisions, jury verdict entered by the district court on January 30, 2020, and the district court's February 11, 2020 denial of Plaintiff's Motion for Entry of Judgment.


                                                 Respectfully submitted,
                                                KEVIN BROOKS,
                                                By his attorneys,

Dated:  February 26, 2020            /s/ Eric R. LeBlanc_____
                                                Eric R. LeBlanc (BBO# 666786)
                                                eleblanc@bennettandbelfort.com
                                                Craig D. Levey (BBO# 681531)
                                                clevey@bennettandbelfort.com
                                                Lauren B. Haskins (BBO #696678)
                                                lhaskins@bennettandbelfort.com
                                                Bennett & Belfort, P.C.
                                                24 Thorndike Street, Suite 300
                                                Cambridge, MA 02141
                                                (617) 577-8800

**CERTIFICATE OF SERVICE**

I hereby certify this document, filed through ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on February 26, 2020.

/s/ Eric R. LeBlanc
Eric R. LeBlanc