# United States Court of Appeals
## For the First Circuit

No. 20-1232

KEVIN BROOKS,

Plaintiff - Appellant,

v.

MARTHA'S VINEYARD TRANSIT AUTHORITY; TRANSIT CONNECTION, INC.; JAMES TAYLOR,

Defendants - Appellees.

**JUDGMENT**

Entered: May 27, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Eric Raymond LeBlanc
Michaela C. May
Marielise Kelly
Elise R. Marshall
Paul G. Boylan
Thomas Kincaid McCraw Jr.
John J. Lang